

# NUMBERS 13-18-00108-CR; 13-18-00109-CR; 13-18-00110-CR; 13-18-00111-CR; 13-18-00112-CR; 13-18-00113-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CARLOS LOPEZ JR,                                                         Appellant,

v.

THE STATE OF TEXAS,                                                     Appellee.

### On appeal from the 214th District Court of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa**
**Memorandum Opinion by Justice Hinojosa**

Appellant, Carlos Lopez Jr, by and through his attorney, has filed a motion to dismiss his appeals. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of these cases, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

John Lamerson's pending motion to withdraw as counsel is granted and Chris Waller's pending motion to withdraw as counsel is granted.

LETICIA HINOJOSA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of January, 2019.